IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EAST COAST WELDING AND CONSTRUCTION CO., INC.; et al.,<br><br>    Defendants. | Case No. 1:21-cv-03262-RCL |

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

Plaintiffs hereby file this Notice of Voluntary Dismissal, and states as follows:

1.   Plaintiffs filed this lawsuit on December 13, 2021.

2.   Under Federal Rule of Civil Procedure 41(a), Plaintiffs can dismiss "an action" without a court order by filing a notice of dismissal before an opposing party files an answer or summary judgment motion.

3.   No opposing party has filed an answer or summary judgment motion. As such, Plaintiffs hereby notifies the Court and all other parties that they dismiss this action under Fed. R. Civ. P. 41(a)(1)(A).

Dated:  April 26, 2022                                            Respectfully Submitted,

                                                                                    **BLAKE & UHLIG, PA**

                                                                                    /s/Nathan Kakazu
                                                                                    Nathan Kakazu
                                                                                    KS Bar No. 28276
                                                                                    753 State Avenue, Suite 475
                                                                                    Kansas City, KS 66101
                                                                                    (913) 321-8884
                                                                                    (913) 321-2396 – Fax
                                                                                    nak@blake-uhlig.com
                                                                                    **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2022, I sent via first-class mail, postage pre-paid, the foregoing to the following parties who have not yet appeared in this case:

EAST COAST WELDING AND CONSTRUCTION CO., INC.
2038 Kurtz Avenue
Pasadena, Maryland 21122

And

UNITED STATES FIRE INSURANCE COMPANY
305 Madison Avenue
Morristown, New Jersey 07962

/s/Nathan Kakazu